IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHON EDMONDS,  )
                Plaintiff,  )  2:11-cv-01794-GEB-EFB
              v.  )  DISMISSAL ORDER
GEORGIA CHECK RECOVERY, INC.;  )
and STEPHANIE FULLER, an  )
individual,  )
                Defendants.  )

       An Order to Show Cause ("OSC") issued on June 4, 2013, directing the parties to explain why sanctions should not be imposed against them and/or their counsel for failure to file a timely final pretrial statement. (ECF No. 21.)

       In responding to the OSC, counsel for all parties indicated, *inter alia*, that the action has settled. Specifically, Plaintiff's counsel, Todd Friedman, avers: "On or about June 05, 2012, my office agreed to a settlement of Plaintiff's claims pursuant to conditions and terms mutually agreeable to, and negotiated by my associate, Nicholas J. Bontrager, and Defense Counsel, on behalf of Plaintiff and Defendant[s]." (Decl. of Todd Friedman in Supp. of [Resp. to] OSC ¶ 5, ECF No. 28-1.) Defendants' counsel, Deborah Baron, similarly states in Defendants' Response to the OSC that "the parties reached a settlement agreement." (Defs.' Resp. to OSC 1:20-2:2, ECF No. 22.)

1

1       Since the parties have settled this action, and Plaintiff has
2 not provided reason for the Court to continue exercising jurisdiction
3 over enforcement of the settlement, this action is dismissed without
4 prejudice. See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375,
5 382 (1994) ("Absent [the federal court's agreement to exercise
6 jurisdiction over a provision of a settlement agreement], enforcement of
7 the settlement agreement is for state courts, unless there is some
8 independent basis for federal jurisdiction."); see also Jessup v.
9 Luther, 277 F.3d 926, 929 (2002) (stating "[a] settlement is just
10 another contract to be enforced in the usual way, that is, by a fresh
11 suit").  Therefore, this action shall be closed.

Dated:  June 14, 2013

                                                                                                
GARLAND E. BURRELL, JR.
Senior United States District Judge