IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHON EDMONDS,  )
                                         )    2:11-cv-01794-GEB-EFB
        Plaintiff,  )
                                         )
     v.  )    <u>DISMISSAL ORDER</u>
                                         )
GEORGIA CHECK RECOVERY, INC.;  )
and STEPHANIE FULLER, an  )
individual,  )
                                         )
        Defendants.  )
_____  )

        An Order to Show Cause ("OSC") issued on June 4, 2013, directing the parties to explain why sanctions should not be imposed against them and/or their counsel for failure to file a timely final pretrial statement. (ECF No. 21.)

        In responding to the OSC, counsel for all parties indicated, *inter alia*, that the action has settled. Specifically, Plaintiff's counsel, Todd Friedman, avers: "On or about June 05, 2012, my office agreed to a settlement of Plaintiff's claims pursuant to conditions and terms mutually agreeable to, and negotiated by my associate, Nicholas J. Bontrager, and Defense Counsel, on behalf of Plaintiff and Defendant[s]." (Decl. of Todd Friedman in Supp. of [Resp. to] OSC ¶ 5, ECF No. 28-1.) Defendants' counsel, Deborah Baron, similarly states in Defendants' Response to the OSC that "the parties reached a settlement agreement." (Defs.' Resp. to OSC 1:20-2:2, ECF No. 22.)

Since the parties have settled this action, and Plaintiff has not provided reason for the Court to continue exercising jurisdiction over enforcement of the settlement, this action is dismissed without prejudice. See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 382 (1994) ("Absent [the federal court's agreement to exercise jurisdiction over a provision of a settlement agreement], enforcement of the settlement agreement is for state courts, unless there is some independent basis for federal jurisdiction."); see also Jessup v. Luther, 277 F.3d 926, 929 (2002) (stating "[a] settlement is just another contract to be enforced in the usual way, that is, by a fresh suit").  Therefore, this action shall be closed.

Dated: June 14, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge